LAW OFFICES OF

# BUSHNELL & CAPLAN LLP

GOLDEN COIN BUILDING
900 KEARNY STREET, SUITE 299
SAN FRANCISCO, CALIFORNIA 94133-5124
TELEPHONE (415) 217-3800
FAX (415) 217-3820
WWW.BCFLAW.COM

RODERICK P. BUSHNELL†
ALAN M. CAPLAN

† BOARD CERTIFIED CIVIL TRIAL ADVOCATE

OF COUNSEL
APRIL M. STRAUSS
DIANA MAIER

RECEIVED 11/24/14

November 21, 2014

Honorable Maxine Chesney
Federal Building
450 Golden Gate Avenue
Courtroom 7, 19th Floor
San Francisco, CA 94102

Attention: Courtroom Clerk

Re: *Budiharto Lim v. Macy's Corporation, Macy's West Stores, Inc., et al.*
*Northern District Federal Court Case No. C 14-04092 MMC*

Dear Judge Chesney:

I am one of the attorneys representing the plaintiff in the above-referenced matter. This is to inform the Court that the matter settled at private mediation before Jeffrey Ross on October 30, 2014.

All required paperwork and payments have now been made.

The next scheduled court date is a Case Management Conference on December 12, 2014. We would request that the Case Management Conference go off calendar and the matter be dismissed with prejudice.

Please call if you have any questions. My direct line is 415-217-3803.

Very truly yours,

BUSHNELL & CAPLAN LLP

Roderick P. Bushnell

RPB:mm

cc: Judith Cohen
    Michelle Rapoport
    Kevin C. May
    Budiharto Lim

L_Court.6



IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: December 2, 2014